STATE OF NEW JERSEY v. ANGEL LUIS MEDINA.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN LINK.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JUSTO ALONSO.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. SYLVESTER DOUGLAS HOWARD.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD L. CHISOLM.

April 19, 1989.

Petition for certification denied.